UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JENISA ANGELES, *on behalf of herself and all others*
*similarly situated*,

                                    Plaintiff,                      ORDER

        -against-                                      21 Civ. 317 (GBD)

ASIAN IMPORT STORE, INC.,

                                  Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

       The April 7, 2021 conference is canceled.

Dated: New York, New York
       February 18, 2021

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge